B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Hassen Imports Partnership, a California limited partnership** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>95-3970216 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |

| Street Address of Debtor (No. & Street, City, and State):<br>**100 North Barranca Avenue, Suite 900<br>West Covina, CA 91791-1600**   ZIP CODE **91791-1600** | Street Address of Joint Debtor (No. & Street, City, and State):   ZIP CODE |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):   ZIP CODE | Mailing Address of Joint Debtor (if different from street address):   ZIP CODE |

Location of Principal Assets of Business Debtor (if different from street address above):   **See Exhibit C**

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☒ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|  | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☒ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>----------------------------------------------------<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

546822v1

B1 (Official Form 1) (4/10)                                                                                                      Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Hassen Imports Partnership, a California limited partnership** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location<br>Where Filed:    **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)         (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes

☒ No but  Exhibit C is attached and made a part of this petition.

---

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

---

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

---

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (4/10)

Page 3

| Voluntary Petition | Name of Debtor(s): **Hassen Imports Partnership, a California limited partnership** |
|---|---|
| *(This page must be completed and filed in every case)* | |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X | X |
| Signature of Debtor | (Signature of Foreign Representative) |
| X | |
| Signature of Joint Debtor | (Printed Name of Foreign Representative) |
| Telephone Number (If not represented by attorney) | |
| Date | Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X /s/ Marina Fineman | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached. |
| Signature of Attorney for Debtor(s) | |
| **Theodore B. Stolman (State Bar No. 52099)**<br>**Marina Fineman (State Bar No. 193065)**<br>**Michael S. Neumeister (State Bar No. 274220)** | |
| Printed Name of Attorney for Debtor(s) | |
| **Stutman, Treister & Glatt Professional Corporation** | |
| Firm Name | |
| **1901 Avenue of the Stars, 12th Floor**<br>**Los Angeles, CA 90067** | Printed Name and title, if any, of Bankruptcy Petition Preparer |
| Address | |
| **(310) 228-5600 Fax:(310) 228-5788** | |
| Telephone Number | Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.) |
| **July 27, 2011** | |
| Date | |
| *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | |
| | Address |

| Signature of Debtor (Corporation/Partnership) | X |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. | Date |
| X | |
| Signature of Authorized Individual | Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above. |
| **Ziad Alhassen** | |
| Printed Name of Authorized Individual | Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual |
| **President of Hassen Imports, Inc., General Partner of the Debtor** | |
| Title of Authorized Individual | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. |
| **July 27, 2011** | |
| Date | *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

546822v1

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Theodore B. Stolman (State Bar No. 52099)<br>tstolman@stutman.com<br>Marina Fineman (State Bar No. 193065)<br>mfineman@stutman.com<br>Michael S. Neumeister (State Bar No. 274220)<br>mneumeister@stutman.com<br>Stutman, Treister & Glatt Professional Corporation<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, CA 90067<br>(310) 228-5600 Fax: (310) 228-5788<br>☒ Attorney for: Debtor | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re:<br><br>    **Hassen Imports Partnership, a California limited partnership,**<br>                                Debtor(s). | |
| | CASE NO.:<br>CHAPTER: **11**<br>ADV. NO.: |

### ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

☒ Petition, statement of affairs, schedules or lists             Date Filed:

☐ Amendments to the petition, statement of affairs, schedules or lists      Date Filed:

☒ Other: *Declarations and reports to be filed in this case*   Date Filed:

### PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____       **July 27, 2011**
Signature of Authorized Signatory of Filing Party        Date

Ziad Alhassen
*Printed Name of Authorized Signatory of Filing Party*

President of Hassen Imports, Inc., General Partner of the Debtor
*Title of Authorized Signatory of Filing Party*

### PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____       **July 27, 2011**
Signature of Attorney for Filing Party        Date

**Marina Fineman**
*Printed Name of Attorney for Filing Party*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

553279v.1

**CERTIFICATE OF PRESIDENT**
**OF RESOLUTION OF BOARD OF DIRECTORS**
**OF HASSEN IMPORTS, INC., A CALIFORNIA CORPORATION,**
**IN ITS CAPACITY AS GENERAL PARTNER,**
**AUTHORIZING FILING OF PETITION FOR**
**HASSEN IMPORTS PARTNERSHIP**
**UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

I, Ziad Alhassen, do hereby certify:

1.     That I am the duly elected and acting President of Hassen Imports, Inc., a California corporation (the "General Partner"), the General Partner of Hassen Imports Partnership, a California limited partnership (the "Partnership").

2.     That at a special meeting of the Board of Directors duly held on July 22, 2011, the following resolutions were duly and unanimously enacted, and the same remain in full force and effect, without modifications as of the date hereof:

> **RESOLVED**, that having received all necessary consents from the general and the limited partners of the Partnership, the president of the General Partner in its capacity as General Partner of the Partnership, be and he is hereby authorized to determine, based upon subsequent events, and advice of counsel, whether it is desirable and in the best interests of the Partnership, its creditors, partners and other interested parties, that a petition be filed by the Partnership under the provisions of chapter 11 of the Bankruptcy Code.

> **FURTHER RESOLVED**, that, if the president of the General Partner shall make such a determination, that a petition under said chapter 11 shall be filed as submitted by the president or any other officer of the General Partner of the Partnership and the same hereby is approved and adopted in all respects, and each of said officers is hereby authorized and directed, on behalf of and in the name of the General Partner in its capacity as General Partner of the Partnership, to execute and verify such petition and to cause the same to be filed with the United States Bankruptcy Court, Central District of California.

> **FURTHER RESOLVED**, that the president or any other officer of the General Partner be, and each of said officers hereby is, authorized to execute and file all petitions, schedules, lists and other papers and to take any and all action which the president of the General Partner of the Partnership shall deem necessary and proper in connection with such proceedings under said chapter 11 and in that connection to retain and

employ all assistance by legal counsel or otherwise which he may deem necessary and proper with a view to the successful termination of such proceedings.

**FURTHER RESOLVED**, that the firm of Stutman, Treister & Glatt Professional Corporation be, and it hereby is, retained as reorganization counsel for the Partnership in connection with the institution and maintaining of such proceedings.

Ziad Alhassen,
**President of Hassen Imports, Inc., a
California corporation, in its capacity as
General Partner of Hassen Imports
Partnership, a California limited partnership**

553270v.1

**Form B1, Exhibit C**
**(9/01)**

# United States Bankruptcy Court
## Central District of California

In re    Hassen Imports Partnership, a California limited partnership          Case No. _____
                                                    Debtor(s)        Chapter     **11**

## Exhibit "C" to Voluntary Petition

    1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

    **The debtor owns real property that is leased for car dealerships with service centers or held is for development purposes.  The debtor does not believe the locations listed below pose a threat of imminent and identifiable harm to the public health or safety.  However, out of an abundance of caution, and in the interests of full disclosure, because these properties contain service centers, the debtor hereby discloses that the following properties are owned and/or leased by the debtor.**

- **2000 East Garvey Avenue South, West Covina, CA 91791**
- **1932 East Garvey Avenue South, West Covina, CA 91791**
- **1900 East Garvey Avenue South, West Covina, CA 91791**
- **137 West San Bernardino Road, Covina, CA 91723**
- **155 East San Bernardino Road, Covina, CA 91723**
- **777 East Edna Place, Covina, CA 91723**
- **298 North Azusa Avenue, West Covina, CA 91791**
- **141 West Geneva Place, West Covina, CA 91791**
- **129 – 137 West Orange Street, West Covina, CA 91791**
- **401 North Citrus Avenue, West Covina, CA 91791**

    2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

    **No agency has asserted any action or alleged any environmental or public health hazard as to the real properties listed herein.**

547268v1

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re    Hassen Imports Partnership, a California limited partnership,    Case No. _____
                                             Debtor(s)            Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS*

      Following is the list of the debtor's creditors holding the 20 largest unsecured claims.† The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| 1. City of West Covina<br>1441 West Garvey Avenue<br>West Covina, CA 91790 | City of West Covina<br>1441 West Garvey Avenue<br>West Covina, CA 91790<br>Contact Name: Arnold Alvarez-Glasman<br>Telephone: 626-939-8401<br>Fax: | Loan/Third Amended Judgment For Foreclosure and Order of Sale dated June 8, 2011 | Disputed | $7,586,603.92 |
| 2. City of West Covina Community Development Commission<br>1441 West Garvey Avenue, Room 218<br>West Covina, CA 91790 | City of West Covina Community Development Commission<br>1441 West Garvey Avenue<br>West Covina, CA 91790<br>Contact Name: Benjamin Kim<br>Telephone: 626-939-8417<br>Fax: 626-939-8665 | Loan/Third Amended Judgment For Foreclosure and Order of Sale dated June 8, 2011 | Disputed | $7,586,603.92 |
| 3. Hassen Eastland Corporation<br>100 North Barranca Ste 900<br>West Covina, CA 91791 | Hassen Eastland Corporation<br>100 North Barranca Ste 900<br>West Covina, CA 91791<br>Contact Name: Vincent Padua<br>Telephone: 626-967-7374<br>Fax: 626-967-7388 | Inter-company payable | | $1,464,100.00 |
| 4. Hassen Real Estate Corporation<br>100 North Barranca Ste 900<br>West Covina, CA 91791 | Hassen Real Estate Corporation<br>100 North Barranca Ste 900<br>West Covina, CA 91791<br>Contact Name: Vincent Padua<br>Telephone: 626-967-7374<br>Fax: 626-967-7388 | Inter-company payable | | $1,345,000.00 |

---

* The following information is based upon a review of the debtor's books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses or counterclaims to the below-listed claims have been completed. Therefore, this listing does not and should not be deemed to constitute: (1) a waiver of any defense, counterclaim or offset to the below-listed claims; (2) an acknowledgment of the allowability of any of the below-listed claims; and/or (3) a waiver of any other right or legal position of the debtor.

† The debtor has less than 49 creditors and the claims listed herein consist of the unsecured creditors as of the petition date.

553272v.1

B4 (Official Form 4) (12/07) - Cont.

In re   **Hassen Imports Partnership, a California limited partnership**                        Case No. _____

<u>Debtor(s)</u>

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| 5. West Covina Motors, Inc.<br>2000 East Garvey Ave South<br>West Covina, CA 91791 | West Covina Motors, Inc.<br>2000 E Garvey Ave South<br>West Covina, CA 91791<br>Contact Name: Ziad Alhassen<br>Telephone: 626-331-0041 X222<br>Fax: 626-732-0086 | Inter-company payable | | $280,200.00 |
| 6. Crawford & Bangs LLP<br>1290 East Center Court Drive<br>Covina, CA 91724-3600 | Crawford & Bangs LLP<br>1290 East Center Court Drive<br>Covina, CA 91724-3600<br>Contact Name: William Crawford<br>Telephone: 626-915-1641<br>Fax: 626-332-5604 | Legal fees | | $205,187.61 |
| 7. South Hills Homes Partnership<br>100 North Barranca Ste 900<br>West Covina, CA 91791 | South Hills Homes Partnership<br>100 North Barranca Ste 900<br>West Covina, CA 91791<br>Contact Name: Vincent Padua<br>Telephone: 626-967-7374<br>Fax: 626-967-7388 | Inter-company payable | | $185,500.00 |
| 8. Hassen Holding Company<br>100 N Barranca Ste 900<br>West Covina, CA 91791 | Hassen Holding Company<br>100 N Barranca Ste 900<br>West Covina, CA 91791<br>Contact Name: Vincent Padua<br>Telephone: 626-967-7374<br>Fax: 626-967-7388 | Inter-company payable | | $180,000.00 |
| 9. Clippinger Mazda<br>2000 East Garvey Ave South<br>West Covina, CA 91791 | Clippinger Mazda<br>2000 East Garvey Ave<br>West Covina, CA 91791<br>Contact Name: Ziad Alhassen<br>Telephone: 626-331-0041 X222<br>Fax: 626-732-0086 | Inter-company payable | | $130,561.00 |
| 10. Eastland Tower Partnership<br>100 North Barranca Ste 900<br>West Covina, CA 91791 | Eastland Tower Partnership<br>100 North Barranca Ste 900<br>West Covina, CA 91791<br>Contact Name: Vincent Padua<br>Telephone: 626-967-7374<br>Fax: 626-967-7388 | Inter-company payable | | $95,700.00 |
| 11. Russ Davis, Inc.<br>14222 Augusta Drive<br>Valley Center, CA 92082 | Russ Davis, Inc.<br>14222 Augusta Drive<br>Valley Center, CA 92082 | Lease payments | Disputed | $80,051.40 |

553272v.1

B4 (Official Form 4) (12/07) - Cont.

In re    **Hassen Imports Partnership, a California limited partnership**        Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| 12. Oldman, Cooley, Sallus, Gold LLP<br>16133 Ventura Blvd., Suite A<br>Encino, CA 91436-2447 | Oldman, Cooley, Sallus, Gold LLP<br>16133 Ventura Blvd., Suite A<br>Encino, CA 91436-2447<br>Contact Name: Donald Gold<br>Telephone: 818-986-8080<br>Fax: 818-789-0947 | Legal fees | | $66,215.89 |
| 13. Hassen Development Corporation<br>100 North Barranca Ste 900<br>West Covina, CA 91791 | Hassen Development Corporation<br>100 N Barranca Ste 900<br>West Covina, CA 91791<br>Contact Name: Vincent Padua<br>Telephone: 626-967-7374<br>Fax: 626-967-7388 | Inter-company payable | | $64,400.00 |
| 14. Paulette E. Davis, Trustee<br>508 La Serena<br>Covina, CA 91723 | Paulette E. Davis, Trustee<br>508 La Serena<br>Covina, CA 91723 | Lease payments | Disputed | $62,604.30 |
| 15. Mary N. Davis<br>31252 North Star Way<br>Valley Center, CA 92082 | Mary N. Davis<br>31252 North Star Way<br>Valley Center, CA 92082 | Lease payments | Disputed | $62,604.30 |
| 16. Hassen Real Estate Partnership<br>100 N. Barranca Ste 900<br>West Covina, CA 91791 | Hassen Real Estate Partnership<br>100 N. Barranca Ste 900<br>West Covina, CA 91791<br>Contact Name: Vincent Padua<br>Telephone: 626-967-7374<br>Fax: 626-967-7388 | Inter-company payable | | $57,000.00 |
| 17. Clippinger Ford<br>2000 East Garvey Ave South<br>West Covina, CA 91791 | Clippinger Ford<br>2000 East Garvey Ave South<br>West Covina, CA 91791<br>Contact Name: Ziad Alhassen<br>Telephone: 626-331-0041 X222<br>Fax: 626-732-0086 | Inter-company payable | | $45,150.00 |
| 18. Lamis Alhassen<br>2000 East Garvey Ave South<br>West Covina, CA 91791 | Lamis Alhassen<br>2000 East Garvey Ave South<br>West Covina, CA 91791<br>Contact Name: Lamis Alhassen<br>Telephone: 626-331-0041<br>Fax: 626-732-0086 | Inter-company payable | | $45,000.00 |

553272v.1

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Hassen Imports Partnership, a California limited partnership**                Case No. _____

                                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, Ziad Alhassen, the President of Hassen Imports, Inc., the general partner of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **July 27, 2011** _____        Signature   */s/Ziad Alhassen* _____

                                                        **Ziad Alhassen**

     *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

553272v.2

# United States Bankruptcy Court
## Central District of California

In re    **Hassen Imports Partnership, a California limited partnership**

Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Hassen Imports, Inc. – General Partner<br>100 North Barranca Avenue, Suite 900<br>West Covina, CA 91791-1600 | | 1% | General Partner |
| Dighton America, Inc. – Limited Partner<br>100 North Barranca Avenue, Suite 900<br>West Covina, CA 91791-1600 | | 99% | Limited Partner |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Ziad Alhassen, the president of Hassen Imports, Inc., the general partner of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **July 27, 2011**

Signature    */s/ Ziad Alhassen*

**Ziad Alhassen**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

553273v.1

| Party Name, Address and Telephone Number *(CA State Bar No. If Applicable)* | FOR COURT USE ONLY |
|---|---|
| **Theodore B. Stolman (State Bar No. 52099)**<br>**tstolman@stutman.com**<br>**Marina Fineman (State Bar No. 193065)**<br>**mfineman@stutman.com**<br>**Michael S. Neumeister (State Bar No. 274220)**<br>**mneumeister@stutman.com**<br>**Stutman, Treister & Glatt Professional Corporation**<br>**1901 Avenue of the Stars, 12th Floor**<br>**Los Angeles, CA 90067**<br>**(310) 228-5600 Fax:(310) 228-5788** | |

| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
|---|---|
| In re:<br><br>    **Hassen Imports Partnership, a California limited partnership,**<br><br>                                                                Debtor. | CHAPTER 11 |
| | CASE NUMBER |
| | (No Hearing Required) |

# VENUE DISCLOSURE FORM
## FOR PARTNERSHIPS FILING CHAPTER 11
### *(Required by General Order 97-02)*

*\*Attach additional sheets as necessary and indicate so in each section\**

1.    Specify the address(es) of the principal office(s) of the Debtor currently on file with the California Secretary of State *(from Form LP1, LP5, or GP1)*:
      **100 North Barranca, Suite 900, West Covina, CA 90717**

2.    Specify the address of the principal office(s) of the Debtor listed on the Debtor's most recent federal tax return:
      **Same as above.**

3.    Disclose the current business address(es) for the general partner(s) and all officers of the general partner(s):
      **Same as above.**

4.    Disclose the current business address(es) where the Debtor's books and records are located:
      **Same as above**

5.    List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:
      **See attached list.**

6.    Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):
      **Not applicable.**

7.    State the name and address of the individual signing this Statement and the relationship of such individual to the Debtor and to the General Partner of the debtor *(specify)*:
      **Ziad Alhassen, President of Hassen Imports, Inc., General Partner of the Debtor**

8.    Total number of attached pages of supporting documentation:    **1**

---

*Rev. 12/99*  This form is required pursuant to General Order 97-02.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.          **VEN-P**

553274v.1

| In re | | |
|---|---|---|
| **Hassen Imports Partnership, a California limited partnership** | CHAPTER 11 | |
| Debtor. | CASE NUMBER | |

9.      I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and
         correct.


Executed on __July 27, 2011__, at West Covina, California.


**Hassen Imports, Inc.**

*Type Name of General Partner*

/s/Ziad Alhassen

*Signature of Declarant*

Ziad Alhassen, President of Hassen
Imports, Inc, General Partner of the
Debtor

*Title of Declarant (if any)*

*Rev. 12/99*   This form is required pursuant to General Order 97-02.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.        **VEN-P**

553274v.1

Venue Disclosure Form for Partnerships Filing Chapter 11 - Page 3

VEN-P

| In re | | |
|---|---|---|
| **Hassen Imports Partnership, a California limited partnership** | | CHAPTER 11 |
| | Debtor. | CASE NUMBER |

## LIST OF ADDRESSES

- **2000 East Garvey Avenue South, West Covina, CA 91791**

- **1932 East Garvey Avenue South, West Covina, CA 91791**

- **1900 East Garvey Avenue South, West Covina, CA 91791**

- **137 West San Bernardino Road, Covina, CA 91723**

- **155 East San Bernardino Road, Covina, CA 91723**

- **777 East Edna Place, Covina, CA 91723**

- **298 North Azusa Avenue, West Covina, CA 91791**

- **141 West Geneva Place, West Covina, CA 91791**

- **129 – 137 West Orange Street, West Covina, CA 91791**

- **401 North Citrus Avenue, West Covina, CA 91791**

*Rev. 12/99*  This form is required pursuant to General Order 97-02.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **VEN-P**

553274v.1

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **None.**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **The debtor filed chapter 11 previously on April 13,1998, Case No. 2:98-bk-24281, which case resulted in a confirmed plan of reorganization on April 19, 1999.**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **Not applicable.**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **Not applicable.**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at    **West Covina, California**

Dated    **July 27, 2011**

*/s/ Ziad Alhassen*
**Ziad Alhassen, President of Hassen Imports, Inc., General Partner of the Debtor**
*Debtor*

_____

*Joint Debtor*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                    **F 1015-2.1**

553275v.1

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/88)                    1998 USBC, Central District of California

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re | Case No.: |
|---|---|
| **Hassen Imports Partnership, a California limited partnership,** |  |
| Debtor. | **DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR** |

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ......................................................   $ _____300,000.00_____

    Prior to the filing of this statement I have received...........................................   $ _____150,000.00_____

    Balance Due .................................................................................................   $ _____150,000.00_____

2.  The source of the compensation paid to me was:

    ☒ Debtor    ☒ Other (specify):    Dighton America, Inc. – Limited Partner of the Debtor

3.  The source of compensation to be paid to me is:

    ☒ Debtor    ☒ Other (specify):    Dighton America, Inc. – Limited Partner of the Debtor

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **July 27, 2011** | */s/Marina Fineman* |
|---|---|
| *Date* | **Theodore B. Stolman (State Bar No. 52099)** |
|  | **Marina Fineman(State Bar No. 193065)** |
|  | **Michael S. Neumeister (State Bar No. 274220)** |
|  | *Signature of Attorney* |
|  | **Stutman, Treister & Glatt Professional Corporation** |
|  | *Name of Law Firm* |
|  | **1901 Avenue of the Stars, 12th Floor** |
|  | **Los Angeles, CA 90067** |
|  | **(310) 228-5600  Fax: (310) 228-5788** |

Verification of Creditor Mailing List - (Rev. 10/05)                                              2005 USBC, Central District of California

## MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name       **Theodore B. Stolman (State Bar No. 52099)**
           **tstolman@stutman.com**
           **Marina Fineman (State Bar No. 193065)**
           **mfineman@stutman.com**
           **Michael S. Neumeister (State Bar No. 274220)**
           **mneumeister@stutman.com**

Address    **1901 Avenue of the Stars, 12th Floor Los Angeles, CA 90067**

Telephone  **(310) 228-5600 Fax: (310) 228-5788**

☒ Attorney for Debtor(s)
☐ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names used by Debtor(s) within last 8 years:<br>**Hassen Imports Partnership, a California limited partnership,** | Case No.: |
| | Chapter:        **11** |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __8__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:   **July 27, 2011**                    */s/Ziad Alhassen*
                                             **Ziad Alhassen**/President of Hassen Imports, Inc., General Partner of
                                             the Debtor
                                             Signer/Title

Date:   **July 27, 2011**                    */s/ Marina Fineman*
                                             Signature of Attorney
                                             **Theodore B. Stolman,**
                                             **Marina Fineman,**
                                             **Michael S. Neumeister**
                                             **Stutman, Treister & Glatt Professional Corporation**
                                             **1901 Avenue of the Stars, 12th Floor**
                                             **Los Angeles, CA 90067**
                                             **(310) 228-5600   Fax: (310) 228-5788**

Hassen Imports Partnership
Ziad Alhassen
100 North Barranca Avenue
Suite 900
West Covina, CA 91791-1600

Stutman Treister and Glatt PC
Theodore B Stolman Marina Fineman
Michael S Neumeister
1901 Ave of the Stars 12th Fl
Los Angeles, CA 90067

Office of the United States Trustee
725 South Figueroa Street
Suite 2600
Los Angeles, CA 90017

Alhassen Mohammad Tarif
100 North Barranca Avenue
Suite 900
West Covina, CA 91791-1600

Alhassen Tarek
100 North Barranca Avenue
Suite 900
West Covina, CA 91791-1600

Alhassen Ziad
100 North Barranca Avenue
Suite 900
West Covina, CA 91791-1600

Bill Daniels Law Offices APC
Attn William A Daniels
16133 Ventura Blvd
Penthouse Suite A
Encino, CA 91436

Clippinger Motors Inc.
2000 East Garvey Avenue South
West Covina, CA 91791

City of West Covina
Arnold M Alvarez Glasman
Alvarez Glasman and Colvin
13181 Crossroads Parkway North, Suite 400
City of Industry, CA 91746


City of West Covina
1444 West Garvey Avenue
West Covina, CA 91790


City of West Covina
Community Development Commission
1444 West Garvey Avenue, Room 218
West Covina, CA 91790


Cooksey Toolen Gage Duffy and Woog
Attn Robert Toolen
535 Anton Blvd 10th Floor
Costa Mesa, CA 92626


CorePointe Capital Finance LLC
401 S Old Woodward Ave Ste 300
Birmingham, MI 48009

Crawford and Bangs LLP
Attn William Crawford
1290 E Center Court Dr
Covina, CA 91724-3600


Davis Mary N
31252 North Star Way
Valley Center, CA 92082


Davis Paulette E
Trustee of Russell W Davis Trust
508 La Serena
Covina, CA 91723


Dighton America Inc
100 North Barranca Avenue
Suite 900
West Covina, CA 91791-1600


Eastland Tower Partnership
100 North Barranca Avenue
Suite 900
West Covina, CA 91791-1600

Hassen Development Corporation
100 North Barranca Avenue
Suite 900
West Covina, CA 91791-1600

Hassen Eastland Corporation
100 North Barranca Avenue
Suite 900
West Covina, CA 91791-1600

Hassen Holding Company
100 North Barranca Avenue
Suite 900
West Covina, CA 91791-1600

Hassen Imports Inc
100 North Barranca Avenue
Suite 900
West Covina, CA 91791-1600

Hassen Real Estate Corporation
100 North Barranca Avenue
Suite 900
West Covina, CA 91791-1600

Hassel Real Estate Partnership
100 North Barranca Avenue
Suite 900
West Covina, CA 91791-1600




Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114




Law Offices of Norman J Hoffman
Attn Norman Hoffman
16133 Ventura Blvd
Penthouse Suite A
Encino, CA 91436-2408




Los Angeles County
Tax  Collector
225 North Hill Street
Los Angeles, CA 90012




Oldman Cooley Sallus Gold LLP
Attn Donald Gold
16133 Ventura Blvd
Penthouse Suite A
Encino, CA 91436-2447

Squire Sanders Dempsey LLP
Stephen Owens
Christopher Petersen
555 S Flower St 31st Fl
Los Angeles, CA 90071


South Hills Homes Partnership
100 North Barranca Avenue
Suite 900
West Covina, CA 91791-1600


State of California
Franchise Tax Board
Attn Bankruptcy
PO Box 2952
Sacramento, CA 95812-2952


West Covina Automotive
2000 East Garvey Avenue South
West Covina, CA 91791


West Covina Ford Inc
2000 East Garvey Avenue South
West Covina, CA 91791

West Covina Motors Inc
2000 East Garvey Avenue South
West Covina, CA 91791




Zurich American Insurance Company
Account Service Center
7045 College Blvd
Overland Park, KS 66211